**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Antonio Jose Gomes Pina**

v. Case No. 26-cv-469-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

**ORDER**

The clerk is hereby directed to update the docket to correct the petitioner's name from "Antonio Jose Gomes Pina," as listed on his civil cover sheet at filing, to "Antonio De Pina," as listed on his petition and subsequent briefing.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

September 3, 2026

cc: Counsel of Record