**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Antonio De Pina**

v. Case No. 26-cv-469-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Antonio De Pina was to be conditionally released on September 2, 2026, see Doc. 17, I ordered De Pina to show cause within seven days why his petition should not be dismissed as moot. Doc. 19. De Pina has responded to that order Doc. 20, stating the case is moot and may be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

Date: September 8, 2026

cc: Counsel of Record